UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                    Case No. 10-14815 JKO

BROWN, KYLE T                             Chapter 7
BROWN, MONIQUE M

Debtor(s)

SEP 2 6 2011

_____/

## NOTICE OF DEPOSIT OF FUNDS WITH THE
## U.S. BANKRUPTCY COURT CLERK

Notice is hereby given that:

( )     The Trustee has a balance of $0.00 remaining in her bank account which represents
        unpresented checks drawn and mailed to creditors of the above named Debtor in
        accordance with the Order for Payment of Dividends. Your Trustee has made a good
        faith effort to verify the correct mailing address for said creditor(s) and deliver the
        funds before presenting this notice. More than sufficient time has passed for these
        checks to be presented for payment; or

(X)     The Trustee has a balance of $4.69 remaining in her bank account which represents
        small dividends as defined by F.R.B.P. 3010.

Attached and made apart of this notice is a list, pursuant to F.R.B.P. 3011, of the names,

claim numbers and addresses of the creditors and the amounts to which they are entitled.

**WHEREFORE**, your Trustee hereby gives notice that the above stated sum has been

deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to affect closing

of this estate.

Dated: September 22, 2011

SONYA L. SALKIN, TRUSTEE
1776 N. Pine Island Rd.
Suite 218
Plantation, FL 33322
954-423-4469

cc:
Assistant U.S. Trustee's Office
51 SW 1st Ave.
Room 1204
Miami, FL 33031

Printed: 09/22/11 12:17 PM

## Claims Distribution Small Checks

Page: 1

Trustee: SONYA L. SALKIN, TRUSTEE (290630)

Case: 10-14815 - BROWN, KYLE T

| Account No. | Check No. Issued | | | | | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| | Check No. Issued | Claim No. | Filed | Priority | Claimant | | | | |
| | 113 09/22/11 | | | | U.S. Bankruptcy Court | | | Check Amount: | $4.69 |
| | | 3 | 04/13/10 | 610 | OPHRYS<br>C O WEINSTEIN AND RILEY, PS<br>PO BOX 3978<br>SEATTLE, WA 98124-3978 | 4,791.99 | 4,791.99 | 6.76 | 4.46 |
| | | 4 | 04/15/10 | 610 | Nuvox<br>2 N Main St<br>Greenville, SC 29601 | 125.15 | 125.15 | 0.18 | 0.11 |
| | | 5 | 04/20/10 | 610 | Sprint Nextel - Distributions<br>Attn Bankruptcy Dept<br>PO Box 3326<br>Englewood, CO 80155-3326 | 129.20 | 129.20 | 0.18 | 0.12 |